UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                                              CASE NO. 08-33920
DAN CHRISTOPHER GRAYS,                                          Chapter 7
    Debtor.

TRUSTEE'S NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that the following claimants are entitled to interim distribution on allowed claims in the total amount of $1.60:

| Claim No. | Claimant | Interim Distribution |
|---|---|---|
| 1 | South Bend Orthopaedics<br>60160 Bodnar Blvd.<br>Mishawaka, IN  46544 | $0.53 |
| 7 | Cardiology Associates<br>c/o Diamond & Diamond<br>PO Box 1875<br>South Bend, IN  46634 | $1.07 |

which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as small dividends, for the use and benefit of said claimant.

Dated:  September 8, 2009                          /s/ Gary D. Boyn
                                                                      Gary D. Boyn, Trustee
                                                                      121 W. Franklin St., Suite 400
                                                                      Elkhart, IN 46516
                                                                      (574) 294-7491

CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 8th day of September, 2009:  South Bend Orthopaedics, 60160 Bodnar Blvd., Mishawaka, IN 46544, Cardiology Assoc., c/o Diamond & Diamond, PO Box 1875, South Bend, IN  46634,

U.S. Trustee's Office:                          USTPRegion10.SO.ECF@usdoj.gov
Patrick M. Seese:                               seeselawoffice@sbcglobal.net

                                                                           /s/ Gary D. Boyn